UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**GEGINE AVAKIAN #A249-118-403**      **CASE NO.  6:25-CV-00662 SEC P**

**VERSUS**      **JUDGE S. MAURICE HICKS, JR.**

**U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL**      **MAGISTRATE JUDGE DAVID J. AYO**

## MEMORANDUM ORDER

The application to proceed *in forma pauperis* having been considered, it is the opinion of the Court that petitioner has sufficient funds to pay the filing fee. Therefore, *in forma pauperis* status is DENIED.

IT IS ORDERED that petitioner pay the $5.00 filing fee within 30 days. Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this 27th day of June, 2025.

David J. Ayo
United States Magistrate Judge