**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

GEGINE AVAKIAN                                  CIVIL ACTION NO. 25-0662

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

US IMMIGRATION & CUSTOMS                        MAGISTRATE JUDGE AYO
ENFORCEMENT

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Gegine Avakian's ("Petitioner") Habeas Petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 22nd day of May, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE